# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELMER ALEXANDER ESQUIVEL
RAMOS

NO. 2022 KW 0933

**OCTOBER 24, 2022**

---

In Re:   Elmer  Alexander  Esquivel  Ramos,  applying  for
supervisory  writs,  23rd  Judicial  District  Court,
Parish of Ascension, No. 30,567.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.   Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020), is inapplicable to defendants like
relator, who were convicted by a unanimous jury verdict.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT